**SEALED**

**FILED**
OCT 06 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **21 CR 450 CVE** |
| Plaintiff, | FILED UNDER SEAL |
| v. | INDICTMENT |
| RAYMOND LEE GOLDESBERRY, | [18 U.S.C. §§ 1151, 1153, and 2241(c) – Aggravated Sexual Abuse of a Minor Under 12 in Indian Country] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

Between in or about May 2017 and on or about September 31, 2017, within Indian Country in the Northern District of Oklahoma, the defendant, **RAYMOND LEE GOLDESBERRY**, an Indian, knowingly engaged and attempted to engage in a sexual act with M.V., a child known to the Grand Jury who had not attained the age of 12 years, in that **GOLDESBERRY** intentionally penetrated M.V.'s genital opening with **GOLDESBERRY's** finger with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 2241(c).

CLINTON J. JOHNSON
Acting United States Attorney

A TRUE BILL

_____
CHANTELLE DIAL
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson