IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America

    Plaintiff(s),

vs.

Raymond Lee Goldesberry

    Defendant(s).

Case No.: 21-CR-450-CVE

Criminal Information Sheet

Date: __10/13/2021__

Interpreter: Yes ☐   No ☒

Magistrate Judge Huntsman    Deputy Tami Calico    USPO E. Cervini

Date of Arrest: __10/13/2021__   Arrested By: _____

☒ Detention Requested by AUSA

Bail Recommendation:    ☐ Unsecured

**Additional Conditions of Release:**

- ☐ a.  ☐ b. _____
- ☐ c.  ☐ d..
- ☐ e. _____
- ☐ f.  ☐ g.  ☐ h.  ☐ i.  ☐ j.
- ☐ k. (☐ ii,  ☐ ii,  ☐ iii)

- ☐ l  ☐ m  ☐ n  ☐ o  ☐ p  ☐ q  ☐ r  ☐ s
- ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
- ☐ w (☐ 1, ☐ 2)
- ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   Yes   x No

Defendant's Attorney: Andrea Brown   ☐ FPD;   ☐ Ct. Appt;   ☒ Ret Counsel

AUSA: Chantelle Dial | George Jiang for

**MINUTES:**

Interpreter: _____ ;   ☐ Sworn

☒ Defendant appears ~~in person~~ for IA on:  ☒ Indictment;  ☐ Information;  ☐ Complaint;  ☐ Petition;  ☐ Rule 5
by video with:  ☒ Ret Counsel;  ☐ FPD;  ☐ Ct. Appt;  ☐ w/o Counsel

☐ Financial Affidavit received and FPD/CJA appointed;  ☐ Present  ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:

☒ Verified in open court

☐ Corrected by interlineation to _____
to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.

☐ Unable to verify in open court:  ☐ U.S. Atty. to verify & advise court;  ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:  ☐ of Indictment;  ☐ of Preliminary Exam;  ☐ of Detention Hearing;  ☐ of Rule 5 Hearings

☐ Bond set for _____; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☒ Detention Hearing scheduled: __10-14-21 (by video)__ at __2:00__ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☒ Defendant remanded to custody of U.S. Marshal:  ☒ Pending further proceeding;  ☐ Pending release on bond for treatment

Mot. for Detention #__5__:  ☐ Granted;  ☐ Denied;  ☐ Moot   Mot. for Hearing #__6__  ☒ Granted;  ☐ Denied;  ☐ Moot

**Additional Minutes:** _____