## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAYMOND LEE GOLDESBERRY,

        Defendant.

Case No. 21-CR-450-CVE

### Stipulation: Indian Country

The United States of America, represented by Chantelle Dial, Assistant United States Attorney, and Defendant Raymond Lee Goldesberry, represented by Andrea Brown, hereby stipulate and agree that at all times relevant to the charge in this case, the location of the crime alleged in Count One of the Indictment – 1335 S. 119th East Avenue, Tulsa, Oklahoma – was within the Northern District of Oklahoma and within the Muscogee (Creek) Nation Indian reservation and thus in Indian Country, pursuant to 18 U.S.C. § 1151.

Therefore, because all parties agree that 1335 S. 119th East Avenue, Tulsa, Oklahoma is within Indian Country, this element is proven beyond a reasonable doubt, and the government need not present evidence the location of the alleged conduct in Count One of the Indictment is within Indian Country in the Northern District of Oklahoma.

DATED this 8th day of March 2022.

_For CD_

_____
CHANTELLE DIAL
Assistant United States Attorney

_____
RAYMOND LEE GOLDESBERRY
Defendant

_____
ANDREA BROWN
Attorney for Defendant Goldesberry