IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-450-CVE |
| RAYMOND LEE GOLDESBERRY, | |
| Defendant. | |

### Stipulation: Defendant Goldesberry's Indian Status

The United States of America, represented by Chantelle Dial, Assistant United States Attorney, and Defendant Raymond Lee Goldesberry, represented by Andrea Brown, hereby stipulate and agree that at all times relevant to the charges in this case, Raymond Lee Goldesberry was and is a member of the Cherokee Nation, a federally recognized Indian tribe, with some quantum of Indian blood and therefore is an Indian person.

Therefore, because the parties agree that Defendant Goldesberry is Indian, this element is proven beyond a reasonable doubt, and the government need not present additional evidence that Defendant Goldesberry is Indian.

DATED this 8th day of ~~February~~ March 2022.

_____
CHANTELLE DIAL
Assistant United States Attorney

_____
RAYMOND LEE GOLDESBERRY
Defendant

_____
ANDREA BROWN
Attorney for Defendant Goldesberry