

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**
MAR 21 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-450-CVE |
| Plaintiff, | |
| v. | **SUPERSEDING INDICTMENT**<br>[COUNT ONE: 18 U.S.C. §§ 1151, 1153, and 2241(c) – Aggravated Sexual Abuse of a Minor Under 12 in Indian Country;<br>COUNT TWO: 18 U.S.C. §§ 1151, 1153, and 2243(a) – Sexual Abuse of a Minor in Indian Country] |
| RAYMOND LEE GOLDESBERRY, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
[18 U.S.C. §§ 1151, 1153, and 2241(c)]

Between in or about May 2017 and on or about September 13, 2017, within Indian Country in the Northern District of Oklahoma, the defendant, **RAYMOND LEE GOLDESBERRY**, an Indian, knowingly engaged in, and attempted to engage in, a sexual act with M.V., a child known to the Grand Jury who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 2241(c).

## COUNT TWO
## [18 U.S.C. §§ 1151, 1153, and 2243(a)]

Between on or about September 14, 2017, and on or about December 31, 2017, within Indian Country in the Northern District of Oklahoma, the defendant, **RAYMOND LEE GOLDESBERRY**, an Indian, knowingly engaged in, and attempted to engage in, a sexual act with M.V., a child known to the Grand Jury who had attained the age of 12 years, but had not attained the age of 16 years, and was at least four years younger than **GOLDESBERRY**.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 2243(a).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

CHANTELLE DIAL
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson