UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 21-CR-450-CVE ) |
| RAYMOND LEE GOLDESBERRY, | ) ) ) |
| Defendant. | ) |

# ORDER

Before the Court is the Defendant's Motion to Quash Government's Subpoena (Doc. 51). In the Motion, Defendant requests that the Court quash a subpoena ad testificandum issued by the Plaintiff to Jessica McMillan. Ms. McMillan is defense counsel's legal secretary, and she notarized an affidavit of the alleged minor victim in this case. Plaintiff has filed a Response to the Motion, representing that Plaintiff "no longer intends to call Ms. McMillan at trial and withdraws the subpoena for trial." (Doc. 56 at 2). Based upon the withdrawal of the subpoena, the Court finds that the Motion to Quash (Doc. 51) is **moot**. Ms. McMillan is excused from any obligation to appear pursuant to the withdrawn subpoena.

IT IS SO ORDERED this 24th day of March, 2022.

*Christine D. Little*
Christine D. Little
United States Magistrate Judge