UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                                        Plaintiff,<br>vs.<br><br>Raymond Lee Goldesberry,<br><br>                                    Defendant(s). | Case No.:    21-cr-00450-JA -1<br><br>Proceeding:  Jury Trial<br>Date:          3/28/2022 – 3/30/2022<br>Total Time:  14 hours 9 minutes<br><br>**MINUTE SHEET - CRIMINAL TRIAL** |

John Antoon II, U.S. District Judge      C. Butler, Deputy Clerk      Leslie Ruiz, Reporter

Counsel for Plaintiff:  Chantelle Dial, Kyle McWaters  Counsel for Defendant:  Andrea Brown
Case Agent:            David Young                     Guardian Ad Litem:     Shena Burgess

Appears in Person:  ☒ Pltf. ☒ Deft. ☒ Parties announce ready  ☒ Jury impaneled & admonished
Opening Statement:  ☒ Pltf. ☒ Deft. ☒ Rule is invoked       ☐ Deft. defers until close of Pltf. Case
                         ☒ Plaintiff presents case in chief with testimony of witnesses  ☒ Plaintiff rests 3/29/22
Exhibits admitted:    ☒ Pltf. ☐ Deft.
Motion for:            ☐ Pltf. ☒ Deft. ☒ Judgment of Acquittal  ☐ granted ☒ taken under advisement
                         ☒ Defendant presents case in chief with testimony of witnesses and rests 3/29/22
Presents rebuttal evidence with testimony of witnesses and rests:      ☐ Pltf.    ☐ Deft.
Renew Motion for:    ☐ Pltf. ☒ Deft. ☒ Judgment of Acquittal  ☐ granted ☒ taken under advisement
                         ☒ Court instructs Jury  ☒ Closing Arguments  ☒ CSO sworn  ☒ Jury deliberates
Jury returns:          ☒ verdict      ☐ hung verdict      ☒ is polled ☒ is discharged
                         Jury finds Deft.:  ☒ Guilty, as to Ct.(s)  1 of the superseding indictment
                                        ☐ Not Guilty, as to Ct.(s)
                         ☒ Case referred to Probation Office for Presentence Investigation Report
Defendant:                       ☐ stand on present bond    ☒ remanded to USM
                         ☒ Exhibits returned to Parties
                         ☒ Ordered that Jury lunch/dinner paid for at Government expense on:
                         3/30/22

**Court Time:**

| 3/28/22 | 3/29/22 | 3/30/22 |
|---|---|---|
| 8:05-9:12 | 8:46-10:30 | 8:48-10:00 |
| 9:45-11:55 – voir dire | 10:49-11:20 | 10:13-10:40 |
| 1:07-2:40 | 11:30-11:45 | 12:19-12:29 |
| 3:03-4:20 | 1:02-1:55 | 1:40 -1:50 |
| 4:28-5:05 | 2:10-4:03 | (10:37 – 1:38 – jury deliberation) |
|  | 4:35-4:45 |  |
| Total: 2:10 – voir dire<br>       4:34 - trial | Total: 5:26 | Total:  1:59 |

Minute Sheet - Criminal Trial, Case No. 21-cr-00450-JA -1 (continued)

**Additional Minutes:**

3/28/22: Court allows agent to sit at counsel table and rule of sequestration is invoked. Motions in limine at Dkt. 33 and 54 are discussed and ruled on. Government's 404(b) Notice at Dkt. 38 is also discussed, and Court reserves ruling. Stipulations read and marked as court exhibits 1 and 2.

3/29/22: Court hears additional argument on 404(b) evidence. Court will not allow 404(b) evidence proffered by government. Defendant's Rule 29 motion at the end of government's case is taken under advisement. Defendant will not testify; court inquires of Defendant as to his decision not to testify. Defendant's Rule 29 motion at the end of defendant's case is taken under advisement.

3/30/22: Court hears further argument on 404(b) evidence and sustains defendant's objection to evidence. Stipulation 3 is read and marked as court exhibit 3. Defendant's Rule 29 motion is denied. Court received juror notes, marked as court exhibits 4, 5 and 6.