# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,
             Plaintiff,

vs.                                    Case Number: 21-CR-450- JA

RAYMOND LEE GOLDESBERRY,
             Defendant.

## WITNESS LIST FOR TRIAL

SUBMITTED BY ATTORNEY: AUSAs Chantelle Dial & Kyle McWaters

PARTY REPRESENTED: United States of America

| No | Name (Do NOT Include Addresses) | Date/Time of Testimony (To Be Completed By Clerk) |
|----|---------------------------------|---------------------------------------------------|
|    | Meagan Bartlett                 | 3/8/22 3:38pm - 4:18pm                            |
|    | Nathan Bartlett                 | 3/8/22 4:30 p.m. - 4:57 p.m.                      |
|    | K.G. (minor victim)             | 3/8/22 1:47 p.m. - 2:40; 3:04 - 3:36p             |
|    | Faith Goldesberry               |                                                   |
|    | Michelle Goldesberry            |                                                   |
|    | Kelsey Hess, Tulsa CAC          |                                                   |
|    | Donna Taylor                    |                                                   |
|    | Brenna Gusman, OK DHS           | 3/29/22 1:10p - 1:45p                             |
|    | Deniece Ishem, OK DHS           | 3/29/22 11:04 - 11:09 AM                          |
|    | Jacob Mackey                    |                                                   |
|    | FBI SA David Young              |                                                   |
|    | Kelsey Blevins, CAC             | 3/29/22 9:00 - 10:30A; 10:49 - 11:00AM            |

Submit to Courtroom Deputy (Do NOT File)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,
          Plaintiff,

vs.                                        Case Number: **21-CR-450-** JA

RAYMOND LEE GOLDESBERRY,
          Defendant.

## EXHIBIT LIST FOR TRIAL

**SUBMITTED BY ATTORNEY:** AUSAs Chantelle Dial & Kyle McWaters

**PARTY REPRESENTED:** United States of America

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 1 | ✓ |  | ✓ | Photograph, 4th of July, Faith Goldesberry, Michelle Goldesberry, and K.G., Bates 244 |
| 2 | ✓ |  | ✓ | Photograph, "Back to School", Faith Goldesberry and K.G., Bates 241 |
| 3 | ✓ |  | ✓ | Photograph, family photo shoot, K.G., Michelle Goldesberry, and Faith Goldesberry, Bates 245 |
| 4 | ✓ |  | ✓ | Photograph, family photo shoot, Faith Goldesberry and K.G., Bates 243 |
| 5 | ✓ |  | ✓ | Photograph, fair, K.G., Michelle Goldesberry, and Faith Goldesberry, Bates 233 |
| 6 | ✓ |  | ✓ | Photograph, amusement park, K.G. and Faith Goldesberry, Bates 253 |
| 7 | ✓ |  | ✓ | Photograph, amusement park, Raymond Goldesberry, Faith Goldesberry, and K.G., Bates 246 |
| 8 |  |  |  | Indian Country Stipulation, Docket #30 |
| 9 |  |  |  | Indian Status Stipulation, Docket #31 |
| 10 |  |  |  | Defense filing #33.1, K.G.'s March 9, 2022 affidavit |

### Prior Statements – K.G.

| | | | | |
|---|---|---|---|---|
| 11 |  |  |  | Video recording of K.G.'s forensic interview on May 29, 2020, Plaintiff's Production 001 |
| 12 |  |  |  | Summary of K.G.'s forensic interview, Bates 36-37 |
| 13 |  |  |  | March 16, 2022 trial prep interview, Bates 303-305 |

### Prior Statements – Michelle Goldesberry

| | | | | |
|---|---|---|---|---|
| 14 | | | | May 28, 2020 DHS interview, Bates 39 |
| 15 | | | | June 5, 2020 DHS contact, Bates 42 |
| 16 | | | | March 16, 2022 trial prep interview, Bates 306-309 |

### Prior Statements – Faith Goldesberry

| | | | | |
|---|---|---|---|---|
| 17 | | | | June 3, 2020 DHS interview, Bates 40-41 |
| 18 | | | | March 16, 2022 trial prep interview, Bates 301-302 |

### Prior Statements – Meagan Bartlett

| | | | | |
|---|---|---|---|---|
| 19 | | | | May 25, 2020 Initial DHS referral, Bates 18-20, 27 |
| 20 | | | | June 15, 2020 DHS interview, Bates 45 |
| 21 | | | | December 22, 2020 FBI interview, Bates 222-224 |
| 22 | | | | February 17, 2022 trial prep interview, Bates 260-263 |

### Prior Statements – Nathan Bartlett

| | | | | |
|---|---|---|---|---|
| 23 | | | | February 24, 2022 FBI interview, Bates 264-266 |

### Prior Statements – Brenna Gusman

| | | | | |
|---|---|---|---|---|
| 24 | | | | May to June 2020 DHS investigation and report, Bates 12-47 |
| 25 | | | | June 12, 2020 interview of Defendant, Bates 42-43 |
| 26 | | | | June 23, 2020 recommended actions, Bates 62, 81-82 |

Submit to Courtroom Deputy (Do NOT File)