# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

                Plaintiff(s),

vs.

RAYMOND LEE GOLDESBERRY,

                Defendant(s).

Case Number: 21-CR-405-JA

## WITNESS LIST FOR TRIAL

**SUBMITTED BY ATTORNEY:** Andrea Brown

**PARTY REPRESENTED:** Defendant, Raymond Lee Goldesberry

| No | Name (Do NOT Include Addresses) | Date/Time of Testimony (To Be Completed By Clerk) |
|---|---|---|
| 1 | Stacia Alsabrook | |
| 2 | Dr. Michael Newman | |
| 3 | Brandon Luna | |
| 4 | James Manns | |
| 5 | Carla Barboza | 3/29/22 2:11pm - 2:26pm |
| 6 | Any witnesses identified in the Government's discovery | |
| 7 | Michelle Goldesberry | 3/29/22 2:27pm - 3:20pm |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Witness List for Trial/Hearing CV-15A (6/2014)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

                Plaintiff(s),

vs.

RAYMOND LEE GOLDESBERRY,

                Defendant(s).

Case Number: 21-CR-405-JA

## EXHIBIT LIST FOR TRIAL

**SUBMITTED BY ATTORNEY:** Andrea Brown

**PARTY REPRESENTED:** Defendant, Raymond Lee Goldesberry

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 1 | | | | Photo of Goldesberry family |
| 2-29 | | | | Various "Edgy.Plants" social media posts by Meagan Bartlett |
| | | | | |
| | | | | |

Submit to Courtroom Deputy (Do NOT File)