IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-450-CVE |
| RAYMOND LEE GOLDESBERRY, | |
| Defendant. | |

**Stipulation: Indian Country**

The United States of America, represented by Chantelle Dial, Assistant United States Attorney, and Defendant Raymond Lee Goldesberry, represented by Andrea Brown, hereby stipulate and agree that at all times relevant to the charges in this case, the location of the crime alleged in the Superseding Indictment – 1335 S. 119th East Avenue, Tulsa, Oklahoma – was within the Northern District of Oklahoma and within the Muscogee (Creek) Nation Indian reservation and thus in Indian Country, pursuant to 18 U.S.C. § 1151.



EXHIBIT
21-cr-450-JA
Court's 1

Page **1** of **2**

Therefore, because all parties agree that 1335 S. 119th East Avenue, Tulsa, Oklahoma is within Indian Country, this element is proven beyond a reasonable doubt, and the government need not present additional evidence that this location is within Indian Country in the Northern District of Oklahoma.

DATED this 28th day of March 2022.

_____
CHANTELLE DIAL
Assistant United States Attorney

_____
RAYMOND LEE GOLDESBERRY
Defendant

_____
ANDREA BROWN
Attorney for Defendant Goldesberry

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAYMOND LEE GOLDESBERRY,

    Defendant.

Case No. 21-CR-450-CVE

**Stipulation: Defendant Goldesberry's Indian Status**

The United States of America, represented by Chantelle Dial, Assistant United States Attorney, and Defendant Raymond Lee Goldesberry, represented by Andrea Brown, hereby stipulate and agree that at all times relevant to the charges in this case, Raymond Lee Goldesberry was and is a member of the Cherokee Nation, a federally recognized Indian tribe, with some quantum of Indian blood and therefore is an Indian person.

Page **1** of **2**



EXHIBIT
21-cr-450-JA
Court's 2

Therefore, because the parties agree that Defendant Goldesberry is Indian, this element is proven beyond a reasonable doubt, and the government need not present additional evidence that Defendant Goldesberry is Indian.

DATED this 28th day of March 2022.

_____
CHANTELLE DIAL
Assistant United States Attorney

_____
RAYMOND LEE GOLDESBERRY
Defendant

_____
ANDREA BROWN
Attorney for Defendant Goldesberry

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | FILED UNDER SEAL |
| v. | Case No. 21-CR-450-CVE |
| RAYMOND LEE GOLDESBERRY, | |
| Defendant. | |

**Stipulation: Identity of M.V.**

The United States of America, represented by Chantelle Dial, Assistant United States Attorney, and Defendant Raymond Lee Goldesberry, represented by Andrea Brown, hereby stipulate and agree that any reference to "M.V." in court documents or filings means and is a reference to   REDACTED   , a minor.

Page 1 of 2



EXHIBIT
21-cr-450-JA
Court's 3

Therefore, because the parties agree that M.V. is  REDACTED , the identify of M.V. is not in dispute.

DATED this 29th day of March 2022.

_____
CHANTELLE DIAL
Assistant United States Attorney

_____
RAYMOND LEE GOLDESBERRY
Defendant

_____
ANDREA BROWN
Attorney for Defendant Goldesberry