IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

-vs-                                                        Case No. 4:21-cr-450

RAYMOND LEE GOLDESBERRY

_____

**VERDICT**

**Count One of the Superseding Indictment**

1.   As to the offense of knowingly engaging in a sexual act with a minor under the age of 12 in Indian country, in violation of 18 U.S.C. §§ 1151, 1153, and 2241(c), as charged in Count One of the Superseding Indictment,

We, the Jury, find the Defendant, **RAYMOND LEE GOLDESBERRY**:

Guilty __X__          Not Guilty _____

Note:  If you answered "Guilty" to Question 1, <u>stop</u> and have your foreperson sign this verdict form without answering Question 2.  If you answered "Not Guilty" to Question 1, please proceed to Question 2.

## Count Two of the Superseding Indictment

2. As to the offense of knowingly engaging in a sexual act with a minor between the ages of 12 and 16 in Indian country, in violation of 18 U.S.C. §§ 1151, 1153, and 2243(a), as charged in Count Two of the Superseding Indictment,

We, the Jury, find the Defendant, **RAYMOND LEE GOLDESBERRY**:

Guilty _____   Not Guilty _____

SO SAY WE ALL, this _30_ day of March, 2022.

