IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 21-CR-450-GKF ) |
| RAYMOND LEE GOLDESBERRY, | ) ) |
| Defendant. | ) |

### SENTENCING MEMORANDUM

COMES NOW Defendant Goldesberry, by and through his counsel of record, Andrea Brown, and does submit the following Sentencing Memorandum.

### PROCEDURAL HISTORY

On October 6, 2021, Mr. Goldesberry was charged with Count 1: Aggravated Sexual Abuse of a Minor Under 12 in Indian Country. Dkt. #2.  On March 21, 2022, the Government superseded its Indictment, adding Count 2: Sexual Abuse of a Minor in Indian Country. Dkt. #48.  On March 28, 2022 before the Honorable John Antoon, Mr. Goldesberry's jury trial commenced.  On March 30, 2022 the jury returned a verdict of Guilty as to Count One of the Superseding Indictment. Dkt. #69.

Mr. Goldesberry has reviewed the Presentence Investigation Report issued by the Office of Probation.  The following corrections have been submitted to the Office of Probation:

- Page 2, Identifying Data, SSN# begins with "441"

- Page 2, Identifying Data, Height is 6'1"

- Page 2, Identifying Data, Weight is 270 lbs.

- Page 2, Identifying Data, Eye Color is green

- Page 8, Employment Record, 39. From 2005 through 2010, Goldesberry was employed as a manufacturer at Barren *McClary* in Tulsa (correction emphasized)

With the exception of these corrections, Mr. Goldesberry has no objections to the Presentence Investigation Report.

Mr. Goldesberry does not anticipate any witnesses aside from a Victim Impact Statement from M.V. at sentencing. Mr. Goldesberry has submitted letters to the Court via the Office of Probation and provided copies to the Government from the following:

- Michelle Goldesberry
- Michael and Kallie Bryan
- Jimmy Lee and Tammy Goldesberry
- Gigi Stephens
- Ruti Yehoshua
- Avram Yehoshua
- Faith Goldesberry

The Presentence Investigation Report indicates that Mr. Goldesberry's advisory Guideline range is 292 to 365 months; however, Mr. Goldesberry faces a statutorily authorized minimum sentence of thirty (30) years in prison. As such, the advisory guideline range is 360 to 365 months.

## ARGUMENT

Mr. Goldesberry is requesting this Court to impose the statutory mandatory minimum, which is the lowest-end guideline sentence of 360 month and no fine. Mr. Goldesberry is asking the Court to give him the opportunity to hopefully one day reunite with his family, who continue

to love and support him even amidst his conviction and incarceration. Mr. Goldesberry has a wife and children who depended on his income to support them prior to his incarceration. He has no financial ability to pay a fine.

Mr. Goldesberry has no criminal history. He is a family man and a devout Christian. He was an exemplary subject while on pretrial release.

Mr. Goldesberry maintains the incident that led to his conviction and subsequent incarceration was a terrible accident. He fondled M.V. after she crawled into his bed while he slept, believing M.V. to be his wife. The investigation, trial, and Mr. Goldesberry's incarceration have been a hardship on M.V., who was distraught beyond measure by the verdict. M.V. never wanted the Government to file or pursue charges against Mr. Goldesberry alleging that she is a victim.

Finally, Mr. Goldesberry respectfully requests he be sent to a facility as close as possible to Broken Arrow, Oklahoma so his family can visit him, specifically Texarkana or Seagoville. Mr. Goldesberry would respectfully request *not* to be sent to El Reno.

Respectfully submitted,

s/ Andrea Brown
Andrea Brown, OBA#22682
2021 S. Lewis Ave., Suite 520
Tulsa, Oklahoma 74104
Telephone: (918) 625-1098
E-mail: abrown@swabstall.com
*Counsel for the Defendant*

## **CERTIFICATE OF SERVICE**

    I certify that on the date of electronic filing, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Ms. Chantelle Dial  
Assistant United States Attorney  
Office of the United States Attorney  
110 West 7th Street, Suite 300  
Tulsa, Oklahoma 74119

                                                   s/Andrea Brown  
                                                 Andrea Brown