IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

-vs.-

RAYMOND LEE GOLDESBERRY,

    Defendant.

No. 21-CR-450-GKF

**MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* FOR PURPOSES OF APPEAL**

COMES NOW the Defendant, Raymond Lee Goldesberry, and respectfully moves that the Court make a finding of indigency herein for purposes of allowing him to pursue his appeal. Defendant is without funds and cannot afford to pay the costs associated with an appeal.

The Defendant specifically prays that the Court afford him the following relief:

1. That the Defendant be allowed to proceed without prepayment of filing fees herein; and

2. That the Defendant be afforded the services of Court appointed counsel for purpose of preparing his appeal herein.

In support thereof, the Defendant is filing his Affidavit of Financial Status contemporaneously with the filing of this Motion.

WHEREFORE, Defendant asks the Court to allow him to proceed *in forma pauperis*.

Respectfully submitted,

/s/ Andrea Brown
Andrea Brown   OBA# 22682
2021 S. Lewis Ave, Suite 520
Tulsa, OK 74104
(918) 625-1098
abrown@swabstall.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of January, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Chantelle Dial
Assistant U.S. Attorney
Attorney for the Government

                                              */s/ Andrea Brown*
                                              Andrea Brown