| CJA 23<br>(Rev. 11/11) | # FINANCIAL AFFIDAVIT<br>IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

**IN THE UNITED STATES** ☐ DISTRICT COURT    ☐ COURT OF APPEALS    ☐ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

LOCATION NUMBER

---

PERSON REPRESENTED *(Show your full name)*

| 1 ☐ | Defendant - Adult |
|---|---|
| 2 ☐ | Defendant - Juvenile |
| 3 ☐ | Appellant |
| 4 ☐ | Probation Violator |
| 5 ☐ | Supervised Release Violator |
| 5 ☐ | Habeas Petitioner |
| 7 ☐ | 2255 Petitioner |
| 8 ☐ | Material Witness |
| 9 ☐ | Other *(Specify)* |

DOCKET NUMBERS

Magistrate Judge

District Court

Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)*    ☐ Felony    ☐ Misdemeanor

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOY-MENT**

Are you now employed?    ☐ Yes    ☐ No    ☐ Self-Employed

Name and address of employer: _____

**IF YES**, how much do you earn per month? $ _____

**IF NO**, give month and year of last employment? _____
How much did you earn per month? $ _____

If married, is your spouse employed?    ☐ Yes    ☐ No

**IF YES,** how much does your spouse earn per month? $ _____

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☐ Yes    ☐ No

| | RECEIVED | SOURCES |
|---|---|---|
| **IF YES,** give the amount received and identify the sources | $ _____ | _____ |
| | $ _____ | _____ |
| | $ _____ | _____ |

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☐ Yes    ☐ No    **IF YES,** total amount? $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ☐ Yes    ☐ No

| | VALUE | DESCRIPTION |
|---|---|---|
| **IF YES,** give value and description for each | $ _____ | _____ |
| | $ _____ | _____ |
| | $ _____ | _____ |
| | $ _____ | _____ |

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
____ Single
____ Married
____ Widowed
____ Separated or Divorced

Total No. of Dependents

List persons you actually support and your relationship to them
_____
_____
_____
_____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

---

I certify under penalty of perjury that the foregoing is true and correct.

_____        _____
SIGNATURE OF DEFENDANT                    Date
*(OR PERSON REPRESENTED)*