# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

## TRANSMITTAL SHEET
(Notice of Appellate Action)

---

Date Notice filed: 1/30/2023

Style of Case: USA v. Goldesberry

Appellant: Raymond Lee Goldesberry

District Court No: 21-cr-00450-GKF-1

Tenth Circuit Case No: .

☐ Amended NOA                    ☐ Cross Appeal

☐ Interlocutory Appeal           ☐ Successive Petition (2254 or 2255) (no fee)

Notice of appeal is enclosed to all parties (except to appellant in civil cases); Notice of Appeal, docket entries and district court order are enclosed to 10th Circuit Court of Appeals:

Gregory K. Frizzell, U.S. District Judge:

### APPEAL FILED BY PRO SE

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Mailed/Given | ☐ |
| Motion for IFP on Appeal Filed | ☐ |

### APPEAL FILED BY COUNSEL

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Made Available | ☐ |
| Motion for IFP on Appeal Filed | ☒ |
| Court Appointed Counsel (CJA/FPD) | ☐ |
| USA | ☐ |

By: Lynn Tiefenthaler, Case Administrator     January 31, 2023     Phone: (918) 699-4700