```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF OKLAHOMA

 3

 4  UNITED STATES OF AMERICA,   )
                                )
 5                              )
                                )
 6              Plaintiff,      )
                                )
 7  vs.                         )          CASE NO. 21-CR-450-GKF
                                )
 8                              )
    RAYMOND LEE GOLDESBERRY,     )
 9                              )
                                )
10              Defendant.      )

11

12                    TRANSCRIPT OF PROCEEDINGS
13                        JANUARY 24, 2023
                  BEFORE THE HONORABLE RODNEY W. SIPPEL
14                  UNITED STATES DISTRICT JUDGE
                        SENTENCING HEARING
15

16

17  APPEARANCES:

18
    For the Plaintiff:            CHANTELLE DIAL
19                                U.S. Attorney's Office
                                  110 W. 4th St., Ste 300
20                                Tulsa, OK 74119

21  For the Defendant:            ANDREA BROWN
                                  Swab Stall Horton & Fu
22                                2021 S. Lewis Ave., Ste 520
                                  Tulsa, OK 74104
23
    Guardian ad Litem:            SHENA BURGESS
24                                Smiling Smiling & Smiling
                                  9175 S. Yale, Ste 300
25                                Tulsa, OK 74137
```

**PROCEEDINGS**

JANUARY 24, 2023:

THE COURT:  We're here in the case styled United States against Raymond Goldesberry, cause number 4:21-CR-450.

Would counsel make their appearances, please?

MS. DIAL:  Chantelle Dial for the United States.

MS. BROWN:  Andrea Brown for the defendant.

THE COURT:  And Mr. Goldesberry is present; is that correct?

MS. BROWN:  Yes, Your Honor.

THE COURT:  Counsel, have you and Mr. Goldesberry had the opportunity to read, review, and discuss the presentence report?

MS. BROWN:  Yes, Your Honor, and we submitted a few minor technical corrections, which were made in the final copy.

THE COURT:  So with the final PSR, are there any objections to the factual statements?

MS. DIAL:  No, Your Honor.

MS. BROWN:  No, Your Honor.

THE COURT:  There being no objections, I adopt the factual statements in the presentence report as the findings of fact in this proceeding.

On behalf of Mr. Goldesberry, are there any objections to the guideline calculations in the presentence report?

MS. BROWN:  No, Your Honor, we understand the

```
 1   mandatory statutory minimum.
 2           THE COURT:  Any on behalf of the U.S. Attorney?
 3           MS. DIAL:  No, Your Honor.
 4           THE COURT:  Before we go any further, I just wanted
 5   to make sure, we have two items, one is restitution.  Is there
 6   a claim for restitution in this case?
 7           MS. DIAL:  There is not, Your Honor.
 8           THE COURT:  And the second is, are there any victims
 9   who wish to be heard?
10           MS. DIAL:  Yes, the victim is represented by her
11   guardian ad litem.  And I believe there are a number of
12   statements that they would like to present.
13           THE COURT:  We're going to proceed with victim
14   statements.
15       If you would step forward and introduce yourself, please.
16   Good afternoon.
17           MS. MICHELLE GOLDESBERRY:  Good afternoon,
18   Your Honor.  My name is Michelle Goldesberry.  I'm Raymond's
19   wife and K.G.'s mother.
20           THE COURT:  You may proceed.
21           MS. MICHELLE GOLDESBERRY:  It's not possible to
22   convey the nightmare of how this case with the federal court
23   has affected our family, but what I can explain to you is how
24   this case and trial has traumatized K.G. far beyond what her
25   father accidentally did to her on a single occasion.
```

1    K.G. knows without a shadow of a doubt that her dad
2    thought I was the person in bed and what happened was not
3    intentionally done, but truly an accident.  K.G. has never
4    changed her claims on this from day one.  Nothing happened
5    between Raymond and K.G. before or after this incident.  But
6    the events and the situations K.G. has been placed in, because
7    of the federal court, has caused trauma and PTSD to K.G., and
8    her counselors have said this as well.
9        A no contact order was put in place in October of 2021.
10   K.G. and Faith didn't even get a chance to say goodbye to their
11   dad at that time.  The next time they would see their father
12   would be at the trial.  At the end of the trial they couldn't
13   even say goodbye to him.  I can't tell you how many times I
14   would have to talk K.G. of trying to hide in the back of my
15   vehicle when I went to visit Raymond because she missed her dad
16   so much and she just wanted to see him.
17       The prosecutors didn't even bother asking to meet with
18   K.G., or any of us for that matter, to find out what we had to
19   say.  Later, Chantelle Dial apologized to me saying that she
20   was under the impression that we didn't want to talk with her.
21   I don't know who gave her that impression, but Ms. Dial never
22   contacted me personally to find out if that was true or not.
23       Raymond's attorney told me to expect a call in the next
24   two weeks when he was released in October of 2021 from the
25   prosecutor's office about scheduling a meeting, that they

1    wanted to talk with K.G. and Faith and I, but I never got a

2    call from their office at all.  It wasn't until our subpoenas

3    were served weeks before the trial that we asked if we could

4    speak with the prosecutors.  While the prosecutors met with

5    Meagan and Nathan Bartlett multiple times, they never attempted

6    to speak with K.G. who was the victim in this case.  K.G. felt

7    like the prosecutors never listened to her, the victim.

8         During my testimony at the trial, both K.G. and I were

9    body shamed by Ms. Dial.  I'm a 40-plus-year-old woman, I can

10   handle the body shaming, even though I shouldn't have to, but

11   my teenage daughter, who already has self-image and body

12   issues, was mortified by Ms. Dial's comparison of my body to

13   her body.  K.G. later told me that she wanted to kill herself

14   in that moment because no one had ever talked about her body

15   like that, especially to a room full of strangers.

16        I warned K.G. beforehand that she probably shouldn't be in

17   the courtroom when I gave my testimony, that the attorneys

18   would be discussing some very private, intimate things that she

19   probably wouldn't want to hear, but K.G. being K.G., who knows

20   her own mind and can be stubborn, decided she wanted to be

21   there for my testimony.

22        The people who are prosecuting Raymond on behalf of the

23   victim K.G., were actually the people who victimized K.G. by

24   body shaming her in public and not even listening to her.

25   Before the accident that happened between K.G. and Raymond was

1  reported, K.G. was thriving.  She lived in a home with two

2  loving parents, had friends, made straight A's.  Life wasn't

3  perfect for her, but she had been actively been seeing a

4  counselor for grief and teenage issues.  K.G. was a normal

5  teenager who lived in a loving, nurturing, and supportive home.

6        After the trial ended, K.G. lost it.  When we left the

7  courthouse, she collapsed in the middle of the street and

8  refused to get up, saying she wanted to die.  Obviously, we

9  were able to talk her into leaving, but since that day, every

10  day has been a struggle for K.G. to get out of bed.  K.G. feels

11  like the weight of the world is on her shoulders.

12        After we moved out of our house of 16 years, the only home

13  that K.G. has ever known, because we had to sell our house to

14  pay for the attorney, K.G. had to get a job because we no

15  longer have my husband's income and cannot live off of my

16  income alone as well as my other daughter having to get a job.

17  She has since gone back to school and has started an accounting

18  program at Tulsa Technology Center while maintaining her job.

19  K.G. has expressed to me that she feels like this trial has

20  stolen what was left of her childhood and has forced her to

21  grow up faster than she should have to.

22        I'm quite certain that in all of your years as a judge,

23  you have experienced many sexual abuse cases.  Does this case

24  sound like a typical sexual abuse case?  No one ever denied

25  what happened in our case.  The only issue was Raymond's

intent.  From what I've been told after the trial, it sounded
like Raymond's character was attacked more than his intent was
questioned.  And the judge that was over the trial, he'd even
said his character was not under question; it was his intent.

If his intent was to sexually abuse our daughter, why
didn't he continue to do so after the initial incident?  Why
didn't he sexually abuse our other daughter?  Which one would
logically think that, if the prosecutors were really seeking
justice, why didn't they call Faith, our other daughter, to
testify?  I'm sure the jury would have wanted to hear what the
other daughter had to say, such as did he abuse her?  Did Faith
ever see or hear anything inappropriate between her sister or
her father?

Other questions I have:  Why was Nathan Bartlett allowed
to testify if his knowledge of what happened was hearsay to the
third degree?  K.G. never spoke to Mr. Bartlett about the
incident, so anything Nathan said besides testifying that
Meagan told him her version of what K.G. said and his part in
reporting it, was his opinion of Raymond's character.

There were no character witnesses allowed on Raymond's
behalf according to the judge over that trial.  So we don't
know why Mr. Bartlett was allowed to talk about Raymond's
character for the prosecution.  And then why didn't the
prosecutors want testimony from the family counselor who had
professionally known and counseled our family for years?

1    Why didn't the prosecutors want to hear the testimony of
2  GiGi Stephens, the 80-plus-year-old family member, who lived
3  with our family for years, gave statements to CPS investigators
4  and spoke with DHS case workers?  Why didn't the prosecutors
5  want to hear the testimony of my mother, Donna Taylor, or
6  K.G.'s uncle and aunt, Cody and Lori Goldesberry?  K.G. stayed
7  with them at some point during the CPS/DHS involvement.

8    The prosecutors only wanted to hear from witnesses who had
9  nothing good to say about Raymond because of their own grudges
10 against him or who were already involved with the DHS
11 investigation which was based on Brenna Guzman's narrative and
12 after talking to Meagan, Brenna already decided Raymond was
13 guilty.  So why was it so hard to logically conclude that what
14 happened was an accident?  Because the prosecutors were very
15 skilled at convincing the jurors that Raymond's a monster.

16    I'm convinced that, if I never had to ask any of the above
17 questions, the jury would have had a wider range of different
18 perspectives of people who have actually been involved in our
19 family's lives for years, much closer than the Bartlett's
20 average two to four visits a year with us, and the jury
21 would've found Raymond not guilty.

22    I was appalled at listening to the closing statements from
23 the prosecutors.  They kept saying K.G. was 11 years old at the
24 time, drilling it into the jurors' heads, when K.G. clearly
25 pointed to a picture of her, Faith, and I at the State Fair.

1  K.G. said, on the stand, that she knew it happened after the

2  picture was taken.  K.G.'s birthday is September 14th, and the

3  State Fair is always running during the last week of September

4  through the first week of October.  Anyone who has lived in

5  Tulsa more than a couple of years knows this.  So based off of

6  K.G.'s testimony, the jury should have known that K.G. was 12

7  years old when the incident occurred.

8      When the jury found him guilty of sexual abuse with a

9  minor under 12 years old, the jury proved that they didn't

10  listen to K.G. at all.  They believed the picture that the

11  prosecutors painted for them.

12      Throughout this entire case, no one has listened to K.G.,

13  not the CPS/DHS case workers, not the prosecutors, and not the

14  jury.  K.G.'s guardian ad litem was appointed to her only after

15  the prosecutors realized K.G. spoke with Andrea Brown first

16  because Andrea was willing to listen to K.G., so they had to

17  fix their mistake.  However, K.G.'s guardian ad litem has been

18  wonderful and I am grateful that K.G. had someone to guide her

19  through the trial and be with her when I was legally unable to

20  as a subpoenaed witness.

21      Shena Burgess continues to be a trusted resource for K.G.,

22  but it's a shame that Shena wasn't appointed to K.G. from the

23  beginning of the federal government's involvement.  From day

24  one, K.G. has always said this was an accident and she knows it

25  wasn't intentional.  The real injustice in this case is that

1  nobody listened to K.G., the victim, an innocent man went to

2  prison because nobody listened to her.

3      We are now pleading with you to right the wrongs that were

4  done.  It's obvious that the prosecutors are not interested in

5  justice, they just want the conviction to build their

6  reputations, resumes, and climb the corporate ladder.  Their

7  job is to prosecute cases, whether they believe the accused to

8  be guilty or not.  I'd like to believe that, as a judge, you

9  want justice to be served and that your only motive behind

10  sentencing is doing what is fair.

11      Raymond was beyond exemplary when he was released on

12  probation.  Chaise Rogers was his probation officer for the

13  majority of that time.  Mr. Rogers had nothing but good things

14  to say about Raymond.  Chaise even allowed Raymond to come home

15  to work --

16          THE COURT:  I need you to slow down just a little

17  bit.

18          MS. MICHELLE GOLDESBERRY:  I'm sorry, Your Honor.

19  Chaise even allowed Raymond to come home to work on repairing

20  and updating our house so we could sell it.  During K.G.'s

21  Thanksgiving and winter breaks the girls went to stay with

22  their friends and family in order for Raymond to return home to

23  work on house repairs.  Mr. Rogers spoke to each girl on the

24  phone and had them send their locations to him to verify

25  Raymond was complying with the no contact order.  Chaise said

that this has never been done and Raymond was setting the

example and the foundation for other compliant probationers to

be able to do something like this in the future.

    Raymond is also well respected by other inmates and staff

at the Cushing facility.  His behavior has always been

exceptional and helpful.  He was one -- he was on the COVID

cleaning crew for a while and very active in the church group.

    As a former EMT, Raymond has also helped in medical

emergencies until the medical personnel could get over and take

over.  It has always been in Raymond's nature to do the right

thing, even down to the littlest things.  Several times when a

Walmart cashier missed scanning an item, he would say something

to them.  Even if we were already home and he discovered that

an item wasn't scanned, he would go back to Walmart and pay for

it.

    Raymond is the guy who pulls over to help people stranded

on the side of the highway.  He even witnessed a man physically

assaulting a woman as he was driving past a QuikTrip gas

station and Raymond stopped to pull the man off of the battered

woman.  It is not in Raymond's nature to harm anyone, much less

his own children.

    We are begging you to show as much mercy as the law allows

you to.  Our family has been destroyed and devastated, not by

the acts that occurred, we had already processed that in

counseling as a family, but destroyed and devastated by the

1  federal courts.

2       No one from the federal government even interviewed any of

3  our family to see if this case was worth trying.  Just because

4  our case fell in the *McGirt* pile, it was an automatic trial.

5       How is this fair to K.G. who never wanted the law to be

6  involved because she knew there was no intent and it was only

7  an accident?

8       If you were to ask me what our family wants for

9  sentencing, it would be to dismiss the case.  If you're not

10 able to dismiss the case, we would like you to grant downward

11 departure due to diminished capacity.

12      At the time of the incident, Raymond was in a

13 half-conscious state, not fully awake.  The doctor that

14 diagnosed Raymond with sleep apnea has said that Raymond is

15 basically barely alive when he's sleeping, according to his

16 sleep study results.  This alone should be evidence of

17 nonintent.

18      K.G. and the rest of our family wants Raymond released as

19 soon as possible.  K.G. is already devastated at the thought of

20 her dad not being able to attend her high school graduation.

21 This is just the first of many milestones that K.G. is already

22 grieving for the loss of her father's presence in her life.

23 I pray that you sentence Raymond in accordance to the wishes of

24 his family, of K.G.

25      Thank you, Your Honor, for taking your time to hear me.

1           THE COURT:  Thank you.

2       Introduce yourself if you would.  If you're nervous, hang

3   on to both sides of the podium.

4           MS. FAITH GOLDESBERRY:  Hello, Your Honor.  My name

5   is Faith Goldesberry, I'm the eldest daughter of Raymond and

6   Michelle Goldesberry.  If I'm being completely honest, I'm not

7   really sure where to begin.  I've spent the past several months

8   so focused on coping with this situation that reflecting on it

9   is not exactly easy.  It hasn't even taken a full three years

10  for my life to look nothing like it did before this insanity

11  began and for my family to be completely uprooted in more ways

12  than one all because of a simple accident.

13      I think the most frustrating part of this situation is

14  that all of this is completely unnecessary, but nobody who has

15  the ability to do anything about it has taken us seriously

16  enough to acknowledge and affirm that.  It feels like everybody

17  whose opinion that could make a difference in the outcome is

18  too busy painting my younger sister as an alleged victim and my

19  father as an alleged criminal to feed their savior complex,

20  that they're either completely oblivious to the fact that they

21  themselves are causing more harm and trauma to an entire family

22  while also vilifying an innocent man that the incident that

23  this case pertains to ever caused my sister, or they simply

24  just don't care.

25      Nothing about this trial seemed to be conducted fairly,

considering that there simply wasn't enough evidence, solid

evidence to begin with, and the alleged victim herself

consistently made it clear that the incident was completely

accidental.  She knows for a fact that there was no intent to

harm her in my father's actions and that there were no previous

or subsequent incidents; therefore, it is not abuse.

I know the prosecution has likely implied that my sister

was being coerced to say the things that she did.  The problem

with that assumption is that if anyone were to spend any

significant time with my sister, they would understand that,

it's beyond a shadow of a doubt, completely impossible.

My younger sister is singularly the most headstrong person

I have ever met.  If it weren't for the risk of making things

worse for my father and being held in contempt, she would have

told everyone in the courtroom to F off and boldly proclaim

that this entire thing is BS.  And I completely agree.

I know from extensive personal experience that my sister

is incredibly direct and she doesn't care to sugarcoat even the

little things, and getting her to do something she doesn't want

to do in our day-to-day lives is virtually impossible.  So even

if she didn't have her own lawyer/advocate to ensure that this

isn't happening, the idea of anyone coercing her to say

anything while on the stand is entirely laughable.

I want to be humble and polite about this, but if I do

that I'm not being honest, and I owe it to myself and to my

1    family to be candid about my feelings and the overall impact

2    this situation has had on me.  The truth is, I am caught

3    somewhere between seething rage and crippling grief.

4        I was majorly betrayed by a girl I had literally known

5    since I was born, so I'm having to deal with the fallout of her

6    betrayal and anger that comes with it while also grieving a

7    friendship that I thought would last a lifetime.  I'm angry at

8    how this has disrupted my life and separated my family, while

9    grieving the time and parts of my life that I can never get

10    back.

11        This situation has taken so much from my family and I,

12    some of which I'm not sure can be recovered from.  In fact, the

13    stress of all this has -- the stress that all of this has

14    brought on has literally caused me to develop a medical

15    condition that will likely impact me for the rest of my life.

16        At 19 years old I was diagnosed with fibromyalgia.  I am

17    now 21, and between the chronic pain and fatigue, I already

18    miss feeling young and I fear that it will prevent me from

19    enjoying being a young adult.

20        It actually became so excruciating and so invasive in my

21    life that I had to stop pursuing my degree in American Sign

22    Language studies and I was only one semester away from

23    graduating because with the flare-ups from stress I've been

24    subjected to cause my hands, joints, and tendons to be in so

25    much pain that I couldn't even hold my phone or scroll on the

1    screen.  So trying to correctly complete my lessons and

2    assignments that involved complex and precise hand movements

3    became out of the question, not to mention all of this began

4    during the height of the pandemic and our case in May of 2020.

5        It's very difficult to not feel helpless in a situation

6    like this, especially whenever I wasn't even afforded the

7    opportunity to testify on my father's behalf because the

8    prosecution thought that it was more important to hear the

9    testimony of Nathan Bartlett, who had literally no involvement,

10   instead of the only other person in existence who has shared

11   the experience of being raised by the same parents in the same

12   household on a daily basis as my sister.

13       If the prosecution is generally concerned about truth and

14   justice, which is debatable, then I cannot understand how they

15   would not find it pertinent to ascertain that information for

16   the sake of allowing the jury to draw their own conclusions

17   about who my father is as a person and who he is as a parent by

18   hearing it from both of his daughters.

19       How can scales be balanced if someone is only concerned

20   with one side?  I feel robbed of an opportunity to provide a

21   clear picture of my father to the jury that could have

22   potentially caused them to reconsider their decision,

23   especially since I was directly told that I was expected to

24   testify, and because of that, I was also under a subpoena that

25   didn't allow me to witness the majority of the trial as a

1    support for my family.

2        This case has been a blight on my family, and has been

3    taken so much further than it should have.  It's been

4    incredibly damaging, mentally, emotionally, physically, and

5    financially.  There really hasn't been any aspect of our lives

6    that has been left untouched by this -- under the circumstances

7    we have been forced into.

8        My mother, sister, and I have been struggling with such

9    excessive anxiety and depression that we often have difficulty

10   sleeping, we sometimes struggle to eat.  And there are days

11   where even getting out of bed is a victory itself.

12       Despite my disability, I'm about to be starting at the

13   time my second job to relieve some of the pressure off of my

14   sister as she has to be work while attending school and tech,

15   as well as my mother who has had to switch to night shift, all

16   to supplement the financial void that the lack of my father's

17   presence creates.

18       Really though, all of the money in the world couldn't fill

19   the cavernous emotional void that my dad's absence has left us

20   with.  Sorry.

21       I miss my dad, honestly more than I ever thought was

22   possible.  I miss being the first to hug him when he gets home

23   from work.  I miss blaring music in the car with him, and

24   getting excited when one of us wants to show the other a new

25   song.  I miss the living room dance parties that we'll never

1  get to have in my childhood home again, because we had to sell

2  it to pay for attorney fees.  I miss getting into

3  three-hour-plus debates with my dad, because even if we didn't

4  agree on an issue, I could challenge him as much as he

5  challenged me without worrying about being loved any less for a

6  difference in opinion or belief.

7      I miss seeing my parents dancing with each other and

8  getting a glimpse of what it might have been like to watch them

9  fall in love for the very first time with each other.

10     I miss having driving practice with my dad and how he

11  would be able to help calm my anxiety.  It's held me back from

12  being able to get my driver's license that I still don't have

13  because of his absence, and the emotional state I've been in,

14  I'm in no position to learn how to drive.

15     Aside from sharing my personal perspective regarding my

16  father's case, the purpose for this letter is to ask that you

17  end this ongoing nightmare in any way possible.

18     I know for a fact that the prison systems are overcrowded

19  to begin with, and having an innocent man such as my father

20  taking up space there is less space for someone who has a

21  legitimate reason for being imprisoned.

22     The bottom line is, that my family needs my dad to come

23  home.  I need my dad to come home.  I may be an adult, but no

24  matter how old I get, I will always need my dad.  I implore you

25  to reconsider this case and help reunite our family.  I just

1  want to be able to have a glimmer of hope that there is still

2  at least some true justice left in our legal system.

3       Thank you for your time and consideration.

4       THE COURT:  Thank you.

5       If you would introduce yourself, please.

6       K.G.:  My name is K.G., and I am the victim of this

7  case.  I'm sorry.  It is very difficult to see my father

8  half his weight in chains being starved in prison.

9       I am the person this case is centered around.  And I feel

10  like in many ways I've never been heard throughout this whole

11  process from DHS to trial.

12       I understand that you were not the judge present at my

13  father's trial, and because of that I have a great opportunity

14  for you to hear my side completely separated from the

15  accusations that were made.  I have experienced many tragedies

16  in my life that have darkened the lens of my reality.

17       At 10 years old, I witnessed my great grandmother dying.

18  I would spend many summers absorbing her wisdom while both my

19  parents were working.  In my eyes she was the perfect example

20  of being the glue that held my big family together.  I loved

21  her so much and I could not bear the thought of her leaving the

22  world without my love surrounding her.  Seeing her depart my

23  life sparked my depression.  Seeing death and understanding

24  your own mortality at the ripe age of 10 truly darkened my

25  life.

1    Six months later, my grandpa died in the hospital after

2  being there for many days while we waited for a diagnosis.  I

3  sat at his bedside trying to convince him to wake up every day

4  for a week, not realizing that he was already brain dead for

5  all of it.  I watched them turn off the life support and then I

6  had to watch as he flatlined and left this world for eternity.

7  Having two beloved grandparents die so close together

8  solidified the undeniable truth of everyone I love will die.

9    After his funeral, I returned to my private Christian

10  school I was attending only to be greeted by bullying and

11  torment from my peers.  Not long after, I remembered being

12  brought to the principal's office because my classmates had

13  written profanity in a Bible and blamed me.  I sat there

14  scratching my arm until I bled because no one believed my

15  honesty, and the physical pain was far more tolerable than the

16  emotional pain.  Little did I know not being believed would

17  become a reoccurring theme in my life.  If my father goes to

18  prison, I feel like these tragedies will never stop.

19    The event that brought this case happened after the Tulsa

20  State Fair occurred after my 12th birthday.  I was still the

21  age where I could occasionally have nightmares.  This was not a

22  frequent occurrence.  One night I had a bad dream and I went

23  into my parents' bedroom to crawl into bed for comfort.  My mom

24  wasn't there because she was working.  She was working at

25  Hillcrest as a labor and delivery nurse working three 12s.

1    My dad rolled over and placed his hand under my pants and

2   I abruptly awoke, and I said, "dad."  He woke up confused and

3   disoriented.  He asked, "What is it?  What happened?"  I

4   explained what just happened to him, and he still --

5       Can I have that, please?

6           MS. BURGESS:  Yes, ma'am.

7           K.G.:  Thank you.

8       -- he was still confused and he apologized profusely.  He

9   then asked why I was there and where was my mom.  "I

10  asked (sic) I don't know, I had a bad dream."  He asked if I

11  was okay.  And we talked about it and we discussed that if any

12  time I had a bad dream I would wake him up in the future, and

13  then returned to my room understanding it was a complete

14  accident.  I didn't feel hurt because I knew he would never

15  intend to hurt me.

16      My father always had a problem where he would fall asleep

17  randomly and would even fall asleep while he was eating.  He

18  was not aware of his surroundings whenever he was asleep and

19  would often sleep talk.  He did not intend to do anything like

20  this.  He never intended for anything like this to happen.  DHS

21  investigated this event when it was reported.  They did an

22  investigation, determined it was all a mistake and allowed my

23  family to be reunited.  That was when it should have been the

24  end.

25      At the beginning of the prosecution, I had never heard

 1   from anyone from the U.S. Attorney's Office.  They never cared

 2   about what I wanted, what I needed and what was best for me.  I

 3   never -- the prosecution should have been focused on what was

 4   best for me, not just a conviction.  The questions I was

 5   subjected to were loaded and did not represent the whole story.

 6   The prosecuting attorney never was concerned with what was best

 7   for me.

 8       I sat in the courtroom questioning -- during the

 9   questioning of my mom by the prosecutor.  The prosecutor,

10   having been in education, should have known the impact words on

11   an insecure adolescent's soul.  During the trial, I felt body

12   shamed by the prosecution who presented photos of me around the

13   age of this incident and compared them to my mother's body --

14   compared me to my mother's body -- and highlighted my biggest

15   insecurities.  I gouged my nails into my hand causing myself to

16   bleed so I wouldn't have to verbally respond to this onslaught

17   of the prosecutor's verbal abuse.

18       This case has impacted me so much to where I have had

19   frequent nightmares.  My most recent one would be whenever --

20   probably a couple of weeks ago when my mom was at -- my dream

21   happened -- I'm so sorry.  It is a lot.

22       My dream began with my mom and I at a taco truck for

23   dinner, then all of a sudden we were surrounded by FBI agents

24   who played a recording of an executioner reciting my dad's

25   charges followed by a gunshot.  The next thing that I knew, the

1  FBI said, "We thought you should know, your dad is dead."  This
2  is just one of the many examples of the nightmares that have
3  plagued me because of this trial.

4      This emotional toll that the case is having on me is too
5  much for me to bear.  And these nightmares plague my soul to
6  the point where I have the hardest time sleeping and will often
7  miss school multiple times.

8      Before all this happened, I had a family.  We cooked
9  together, we went to parks, we had family game night.  And now
10  I'm living in an apartment with two individuals that are so
11  busy trying to make sure that we have rent that costs more than
12  our old house payment, and we don't even have time to be a
13  family.  We don't have time to sit down and have a meal and
14  just simply be a family.  I miss having my family as a whole.

15      This case has set me back immensely to the point where I
16  try my best in my studies, but it seems to never be enough
17  because I am constantly getting updates about what's going to
18  happen and how everything is changing so often.  And I feel
19  like I've never been able to truly live past this trial.  I've
20  always been worried about what's next, how long is this going
21  to continue?  When are we ever going to get to have peace?

22      I miss being able to be at home, to be out in my dad's
23  shop helping him refix -- reinstall parts in the car, in cars
24  that he fixes up and helping us cook dinner, and games, and
25  just being a family.

1      Having to sell our house as we were taking out all of our

2  belongings, I saw them rip every -- every carpet, everything

3  that makes our house feel like a home.  I took my first steps

4  there and I had to watch as it just got destroyed.

5      My father helped fix that house and keep up with it, and I

6  saw all of his efforts being torn down.  The four walls that

7  surround me now, bring me no love, comfort, or familiarity,

8  only a generic shelter that feels like a simple unit with a

9  random number on the side of it.

10     After selling our home we lived -- after selling the home

11  we lived in for 16 years we could only -- we only had a small

12  amount of money left over to cover the moving costs and we

13  still couldn't pay for it, forcing us to have to borrow money

14  from family to survive.

15     I had to start working to provide income for my family to

16  pay for basic needs.  I have lost my childhood having to go

17  through this whole ordeal that should have never been brought

18  to court.

19     I lost my car, my future graduation gift that filled me

20  with so much joy and anticipation.  The car that my dad bought

21  for me and would teach me to drive in, the car that he helped

22  fix and make it to my liking.  If I lose him, he won't be able

23  to bring me flowers when I graduate, walk me down the aisle

24  when I get married, build a crib for my children, see me grow

25  up into an amazing woman that my parents have helped raise.

```
 1   And the idea of him potentially dying alone in prison truly
 2   just breaks me.
 3        Since the trial I have felt no justice, none.  I feel like
 4   I'm starting to lose hope of anything that went right in my
 5   life because I have been met with tragedy after tragedy.  And
 6   during the prosecution, whenever I was up on the stand, they
 7   were using the fact that I self-harm because I have gone
 8   through many horrible things before this and that's a way that
 9   I just -- I was able to shut down the pain inside to just feel
10   something that is simple.  I am no stranger to pain, I had a
11   concussion when I was little, and I have dealt with a lot of
12   horrible migraines and that's the one thing that brings me back
13   to reality and it's becomes a bad habit because I will get so
14   caught up in the memories of being in this court where I am
15   literally terrified to be in, because as soon as I heard that
16   guilty verdict I sat -- I just sunk into the pews and I heard
17   the handcuffs click and I was never able to say goodbye to my
18   dad.  I haven't been able to hug him in over a year.
19             THE COURT:  Thank you.
20             K.G.:  We haven't even been able to hang a family
21   photo because it hurts so much.  Thank you.  If there's
22   anything you can do, please.  Thank you.
23             THE COURT:  Thank you.
24        Anything further?
25             MS. DIAL:  No, Your Honor.
```

1      THE COURT:  Well, just so it's clear, the only -- I

2  was not the trial judge, there is no motion to dismiss pending

3  before me.  The only issue that I've been asked to do is to

4  impose sentence after a jury verdict.  There are forums, we'll

5  talk about at the very end for you to go to another court and

6  explain why this was a miscarriage of justice, and they will

7  reset determination, but the issue today is allocution.

8      If there's anything that you would like to say before

9  sentence is imposed, now is the time.

10      THE DEFENDANT:  Yes.

11      THE COURT:  Just stay at counsel table, if you would.

12      THE DEFENDANT:  Can you hear me okay?

13      THE COURT:  Yes.

14      THE DEFENDANT:  Your Honor, I'd like to thank you for

15  giving me the opportunity to speak.  I realize that not

16  testifying at my trial was a mistake considering that the jury

17  was not able to hear from me directly.  With that said, I would

18  like to state on the record that, even though I was convicted

19  by the jury, I maintain my innocence with regard to the intent

20  of purposely touching my daughter in the manner described by

21  the prosecution.  I never have nor would I have ever

22  intentionally do what I have been convicted of.  My actions and

23  intentions have always been, and was in this situation, for my

24  loving wife of over 22 years.

25      I had no knowledge that my wife had been called in to work

 1  that morning or that my daughter had laid down in my wife's

 2  side of the bed in her absence.  When I went to sleep, my wife

 3  was next to me.  When I reached over, which is what I have done

 4  many times in 22 years, I had no idea that my daughter would be

 5  there.

 6      I do immensely regret that there was an action that took

 7  place, but I assure you my intention was for my wife and not my

 8  child.

 9      Your Honor, I've always been a loving and caring father.

10  I hope that you have gleaned that more from the letters that

11  were written on my behalf.  I truly feel that an injustice has

12  taken place considering that the trial judge said the crime

13  wasn't the intent.

14      I'm sorry.  I don't believe that intent in this case was

15  proven, especially considering that it appears that my daughter

16  wasn't truly hurt.  And now my family and I have been separated

17  and we have been emotionally, mentally, and financially

18  damaged.

19      For my family and I.  I am thankful that my wife and my

20  daughters love and support me because they know the truth and

21  they know me.  I continually encourage them to stay strong in

22  their faith because I believe that God is greater than any

23  situation we face, and I put my trust and faith in him.

24      And even though today seems dark, and most people in my

25  situation would be furious at my accusers, I pray for them

1  every day and I ask that God would forgive them for what they

2  have inflicted on me and my family, what they meant for evil

3  though I believe God will use for good.

4      I will be appealing this verdict and when it's overturned,

5  my God will receive the glory.

6      I'd like to ask all my friends and family to please

7  continue praying for me, my wife, and my children.

8      To my wife and my daughters -- my wife Michelle and my

9  daughters Faith and K.G.  I love you so much, and even though

10 we are apart, please always know that I will be with you and I

11 won't stop fighting to come home.  Lord willing, the time we

12 are apart won't be too long.  I love you all.

13     Thank you, Your Honor.

14          THE COURT:  Thank you, sir.

15     Counsel.

16          MS. BROWN:  Your Honor, I'm confident that Your Honor

17 has received the sentencing memorandum, and my client's humble

18 request would be, to the extent that this court has the

19 authority to request Texarkana or Seagoville for purposes of

20 his incarceration pending appeal.

21          THE COURT:  I will certainly make those

22 recommendations.

23     Anything on behalf of the United States?

24          MS. DIAL:  No, Your Honor.

25          THE COURT:  Well, I am required today to enter the

1  mandatory minimum sentence as recognized by the defendant's

2  memorandum of 360 months.  And pursuant to the Sentencing

3  Reform Act of 1984 and the provisions of 18 U.S.C. 3553(a),

4  Raymond Goldesberry is committed to the custody of the Bureau

5  of Prisons for 360 months.

6       Upon your release, you are placed on supervised release

7  for ten years.  Upon your release, you are to report in person

8  to the probation office in the district to which you're

9  released within 72 hours.

10      While on supervised release, you're to comply with the

11 standard and mandatory conditions adopted by this court and the

12 specific special sex offender condition.

13      I'm going to suspend the mandatory drug testing

14 requirements, although they may administer the typical tests as

15 necessary under the standard conditions.

16      There is a fine.  You can't pay a fine, so no fine will be

17 imposed.

18      It is further ordered you are to pay to the United States

19 a special assessment of $100 which is due today.

20      I understand there are many objections to the trial and

21 how it was conducted.  But as to the sentencing hearing, are

22 there any objections to the court's manner in which the

23 sentence was pronounced or the manner in which the hearing was

24 conducted?

25           MS. DIAL:  No, Your Honor.

1        MS. BROWN:  No, Your Honor.  We'd simply ask for the

2   credit that Mr. Goldesberry has received be applied towards his

3   sentence.

4        THE COURT:  I certainly agree that that should

5   happen.  Sentence will be imposed as stated.  You need to

6   appeal within 14 days.  Your attorney will file a notice for

7   you.  If you can't afford the appeal, you can get a waiver upon

8   an application of a waiver.  And the original indictment and

9   Count Two of the superseding information will be dismissed

10  consistent with the case.

11       MS. BROWN:  Yes.  Thank you, Your Honor.

12       THE COURT:  Thank you-all.  Good luck to you, sir.

13     (PROCEEDINGS CONCLUDED.)

14              REPORTER'S CERTIFICATE

15  I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

16  TRANSCRIPT OF THE PROCEEDINGS IN THE ABOVE-ENTITLED

17  MATTER.

18

19                         S/Terri Beeler
                           Terri Beeler, RMR,FCRR
20                         United States Court Reporter
                           333 W. 4th Street
21                         Tulsa, OK 74103
                           (918)699-4877
22                         terri_beeler@oknd.uscourts.gov

23

24

25